**Lorenda MCCOY, Plaintiff–Appellant,**

v.

**TARGET CORPORATION, Defendant–Appellee.**

No. 16-1326

United States Court of Appeals,
Fourth Circuit.

Submitted: August 25, 2016

Decided: August 29, 2016

Lorenda McCoy, Appellant Pro Se. Daniel R. Lanier, Lynn Christina Schlie, Miles & Stockbrige, PC, Baltimore, Maryland, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenda McCoy appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. McCoy v. Target Corp., No. 1:14–cv–03437–GLR, 2016 WL 827962 (D. Md. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED